FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 APR -9 PM 3: 22
CLERK'S OFFICE
AT BALTIMORE

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Thomas | GLR-17-0777 |
| DEFENDANT | TYPE OF PROCESS |
| Timothy S. Carey | Civil Actions |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

SERVE AT { Timothy S. Carey c/o Laura H.G. O'Sullivan

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)**
312 Marshall Ave Ste 800 Laurel MD 20707

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

| | |
|---|---|
| Anthony Thomas<br>7214 Rockridge Rd.<br>Baltimore, MD 21207 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 415-456-6134 | DATE 4/14/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 037 | District to Serve No. 037 | Signature of Authorized USMS Deputy or Clerk *Jocelyn S. Rubin* | Date 04/17/2017 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 03/30/2018 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy *Jocelyn S. Rubin* |

| Service Fee $8.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $8.00 |
|---|---|---|---|---|---|

REMARKS: Mailed via certified return receipt restricted delivery on 04/18/2017 Tracking no. 7015 0640 0005 6145 4246. Tracking information does not show process was delivered. (see attached) Green card never returned.

**DISTRIBUTE TO:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**Tracking Number:** 70150640000561454246                                    Remove

Your item departed our USPS facility in SOUTHERN MD DISTRIBUTION CENTER on April 21, 2017
at 6:25 am. The item is currently in transit to the destination.


## In-Transit

April 21, 2017 at 6:25 am
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

---

### Tracking History

**April 21, 2017, 6:25 am**
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER
Your item departed our USPS facility in SOUTHERN MD DISTRIBUTION CENTER on April 21, 2017 at 6:25
am. The item is currently in transit to the destination.


**April 20, 2017, 2:20 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER


**April 19, 2017, 10:01 pm**
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

---

### Product Information

---

See Less


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**